IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JOANNE KRAHN, ) | |
| ) | |
| Plaintiff, ) | Case No.: 22-cv-00177 |
| ) | |
| v. ) | Removed from: |
| ) | |
| CONVERGENT HEALTHCARE, ) | Milwaukee County |
| RECOVERIES, INC. ) | Circuit Court, Civil Division |
| ) | Case No.: 2021 CV 007105 |
| Defendant. ) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Convergent Healthcare Recoveries, Inc. (hereinafter "CHRI"), by its attorneys, respectfully files this Notice of Removal to remove this action from the Milwaukee County Circuit Court, Civil Division to the United States District Court for the Eastern District of Wisconsin. In support of this Notice of Removal, CHRI states as follows:

1. Plaintiff, Joanne Krahn, originally commenced this action by filing a Complaint against CHRI in the Milwaukee County Circuit Court, Civil Division captioned *Joanne Krahn v. Convergent Healthcare Recoveries, Inc.*, Case No. 2021-CV-007105, on November 18, 2021. The Complaint was served on CHRI on January 14, 2022. A true and correct copy of the Complaint is attached hereto as Exhibit A. No further proceedings before the state court have occurred.

2. For the reasons described below, this Court has jurisdiction over the state court action pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint alleges a cause of action arising under the laws of the United States.

3. Plaintiff alleges CHRI violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, in connection with allegedly unlawful collection activities concerning Plaintiff's debt. Plaintiff seeks actual and statutory damages, injunctive relief, an attorney's fees and costs.

4. The United States Supreme Court has affirmed that federal question jurisdiction exists when presented with a substantial federal question. *Grable & Sons Metal Prods., Inc. v. Darue Eng. & Mfg.*, 545 U.S. 308 (2005). Because Plaintiff seeks relief for a cause of action arising under a federal statute, the Complaint asserts a federal question under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k, and it is therefore removable pursuant to 28 U.S.C. § 1441.

5. Plaintiff also alleges violations of the Wisconsin Consumer Act, Ch. 421-427, Wis. Stats. This Court has supplemental jurisdiction, pursuant to 28 U.S.C. § 1367, over this cause of action because it is based on the same operative facts alleged in the Complaint with respect to Plaintiff's FDCPA claim and is so related to claims in the action within the Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

6. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is being filed within thirty (30) days after service of the Complaint on Defendant CHRI. CHRI was served on January 14, 2022. *See* Exhibit B (state court docket).

7. The Milwaukee County Circuit Court, Civil Division is located within the federal Eastern District of Wisconsin. Therefore, venue for purposes of removal is proper because the United States District Court for the Eastern District of Wisconsin embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

8. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being caused to be served on Plaintiff, through her attorneys, at the address provided in the Complaint. Notice will also be promptly filed with the clerk of the Milwaukee County Circuit Court.

9. CHRI files this Notice of Removal solely for the purpose of removing the state court action and does not waive, and specifically reserves, all defenses.

WHEREFORE, Defendant Convergent Healthcare Recoveries, Inc. gives notice that this action is removed to the United States District Court for the Eastern District of Wisconsin, and respectfully requests that no further proceedings in this matter be had in the Milwaukee County Circuit Court.

Date: February 13, 2022

Respectfully submitted,

*s/ Andrew E. Cunningham*
Andrew E. Cunningham
Morgan I. Marcus
Sessions, Israel & Shartle, LLC
141 West Jackson Boulevard, Suite 3550
Chicago, Illinois 60604
Telephone: (312) 578-0992
E-mail: acunningham@sessions.legal
mmarcus@sessions.legal

*Attorneys for Defendant*
*Convergent Healthcare Recoveries, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 13, 2022, I electronically filed the foregoing **Notice of Removal** with the Clerk of Court using the CM/ECF system. A copy of this document and all attachments are being delivered by electronic mail to Plaintiff's counsel at the following address:

Mark A. Eldridge
Ben J. Slatky
Ademi, LLP
3620 East Layton Avenue
Cudahy, WI 53110
meldridge@ademilaw.com
bslatky@ademilaw.com

Respectfully submitted,

*s/ Andrew E. Cunningham*
Andrew E. Cunningham, Esq.